UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANDRE LOCKHART, individually, and
on behalf of others similarly situated,

    Plaintiff,

Case No. 25-11784
Hon. Jonathan J.C. Grey

v.

JING-JIN ELECTRIC NORTH AMERICA
LLC, a Michigan limited liability company,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the plaintiff's notice of voluntary dismissal (ECF No. 7) and Fed. R. Civ. P. 41(a)(1)(A)(i), and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**.

    SO ORDERED.

                                      **s/Jonathan J.C. Grey**
                                      Jonathan J.C. Grey
Date:  January 13, 2026            United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 13, 2026.

s/ <b>S. Osorio</b><br>
Sandra Osorio<br>
Case Manager